September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ELLEN FOLEY, Appellant

NO. 14-11-00998-CV                    V.

CAPITAL ONE BANK, N.A., Appellee

_____

This cause, an appeal of a judgment in favor of appellee, Capital One Bank, N.A., signed September 27, 2011, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee, Capital One Bank, N.A. take nothing on its claim against appellant, Ellen Foley.

We further order that all costs incurred by reason of this appeal be paid by appellee, Capital One Bank, N.A.

We further order this decision certified below for observance.